**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 25-60800<br>Chapter 13 |
| Stacy Marie Englund-Petrich, | |
| Debtor(s). | |

**NOTICE OF HEARING AND MOTION FOR DISMISSAL**

TO: All parties in interest pursuant to Local Rule 9013-3.

1. Kyle L. Carlson, Chapter 13 Trustee, moves to dismiss this case.

2. The Court will hold a hearing on this motion at 9:00 a.m. on Thursday, August 20, 2026 . The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this motion must be filed and served not later than Thursday, August 13, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays and legal holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. The motion is brought pursuant to 11 U.S.C. § 1307, Bankruptcy Rule 1017, and Local Rule 1017-2. The debtor(s) commenced this case by filing a voluntary Chapter 13 petition on December 30, 2025. This case is pending before this Court.

5. The debtor is delinquent in plan payments to the Trustee in the amount of $300.00 through June 2026. This represents a material default with respect to a term of the confirmed plan and is cause for dismissal pursuant to 11 U.S.C. § 1307(c)(6).

6. The confirmed plan requires the submission of the 2025 tax returns to the Trustee and the turn over of a portion of tax refunds to the Trustee. To date, those returns and refunds have not been submitted. This represents a material default and is cause for dismissal pursuant to 11 U.S.C. § 1307(c)(6).

WHEREFORE, the Trustee moves the Court for an order dismissing the case and such other relief as may be just and equitable.

Dated: June 30, 2026

s/ Kyle L. Carlson
Kyle L. Carlson
Chapter 12 & 13 Trustee
PO Box 519
Barnesville, MN 56514
218-331-4429

**VERIFICATION**

I, Kyle L. Carlson, Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 30, 2026

s/ Kyle L. Carlson
Kyle L. Carlson, Trustee

**NITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY 25-60800
Chapter 13

Stacy Marie Englund-Petrich,

Debtor(s).

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the attached notice of hearing and motion for dismissal upon all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Stacy Marie Englund-Petrich
345 Merriam Avenue N
Thief River Falls, MN 56701

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 30, 2026

s/ Jamie Swenson
Jamie Swenson
Chapter 13 Office